**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

RONALD D. COMEAUX

                                                CIVIL ACTION

VERSUS

                                                NO. 24-667-JWD-EWD

THE DOW CHEMICAL COMPANY,
ET AL.

**JUDGMENT**

Defendant Indemnity Insurance Company of North America having already been dismissed without prejudice, (Doc. 49), and the Court having granted summary judgment in favor of Defendant The Dow Chemical Company, (Doc. 51),

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendant The Dow Chemical Company and against Plaintiff Ronald D. Comeaux, and that all claims by Plaintiff against Defendant The Dow Chemical Company are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims by Plaintiff against Defendant Indemnity Insurance Company of North America are **DISMISSED WITHOUT PREJUDICE**.

Signed in Baton Rouge, Louisiana, on June 5, 2026.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**